Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant,, DIRECTV, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON NAYA-ROMEU,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC.; DIRECTV, LLC; SYNCRONY FINANCIAL dba SYNCB/CARE CREDIT and SYNCB/MATTRESS FIRM EVENT; and SILVER STATE SCHOOLS CREDIT UNION,<br><br>    Defendants. | Case No.: 2:22-cv-00580-JCM-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Jason Naya-Romeu ("Plaintiff"), and Defendant, DIRECTV, LLC ("Defendant") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On April 7, 2022, Plaintiff filed his Complaint [ECF No. 1]. Defendant was served with Plaintiff's Complaint on April 11, 2022.  The deadline for Defendant to respond to Plaintiff's Complaint is May 2, 2022. The Parties have discussed extending the deadline for Defendant to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Defendant to file its responsive pleading to Plaintiff's Complaint to June 1, 2022.

This is the first motion for an extension of time for Defendant to file its responsive

Page 1 of 3

pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

As part of this motion, Defendant agrees to participate in any Rule 26(f) conference that occurs during the pendency of this extension.

DATED this 2nd day of May, 2022.

| WRIGHT, FINLAY & ZAK, LLP | FREEDOM LAW FIRM |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Gerardo Avalos* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, DIRECTV, LLC* | Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Ave. Suite 350<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Jason Naya-Romeu* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 3, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 29th day of April, 2022, to all parties on the CM/ECF service list.

/s/ Lisa Cox
An Employee of WRIGHT, FINLAY & ZAK, LLP