GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JASON NAYA-ROMEU,<br><br>                    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; INNOVIS DATA SOLUTIONS, INC.; DIRECTV, LLC; SYNCHRONY FINANCIAL dba SYNCB/CARE CREDIT and SYNCB/MATTRESS FIRM EVENT; and SILVER STATE SCHOOLS CREDIT UNION.,<br><br>                    Defendants. | Case No. 2:22-cv-00580-JCM-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from May 2, 2022 through and including **June 6, 2022**. The request was made by NCTUE so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff

approves.  This stipulation is filed in good faith and not intended to cause delay.

     Respectfully submitted, this 2nd day of May, 2022.

| CLARK HILL PLLC | *No opposition* |
|---|---|
| By:  /s/*Gia N. Marina*<br>Gia N, Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br><br>*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | /s/*Michael Kind*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: _May 3, 2022_

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of May, 2022, via CM/ECF, upon all counsel of record:

>By: /s/*Gia N. Marina*
>Gia N. Marina
>Nevada Bar No. 15276
>3800 Howard Hughes Pkwy, Suite 500
>Las Vegas, NV 89169
>Tel: (702) 862-8300
>Fax: (702) 862-8400
>Email: gmarina@clarkhill.com