1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: gmarina@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                          **DISTRICT OF NEVADA**

9  JASON NAYA-ROMEU,                         )   Case No. 2:22-cv-00580-JCM-DJA
                                              )
10                     Plaintiff,             )
                                              )
11                                            )
    vs.                                       )   **JOINT MOTION FOR EXTENSION OF**
12                                            )   **TIME FOR DEFENDANT EQUIFAX**
                                              )   **INFORMATION SERVICES LLC TO**
13  EQUIFAX INFORMATION SERVICES, LLC;)       **FILE ANSWER**
    NATIONAL CONSUMER TELECOM &     )
14  UTILITIES EXCHANGE, INC.; INNOVIS)        **SECOND REQUEST**
    DATA SOLUTIONS, INC.; DIRECTV, LLC;)
15  SYNCHRONY FINANCIAL dba                   )
    SYNCB/CARE CREDIT and                     )
16  SYNCB/MATTRESS FIRM EVENT; and            )
    SILVER STATE SCHOOLS CREDIT UNION,)
17                                            )
                                              )
18                     Defendants.            )

19       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20  time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21  no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

22  to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,

23  move or otherwise respond to the Complaint in this action is extended from June 1, 2022 through

24  and including **July 1, 2022**.  The request was made by Equifax so that the parties may have

25  additional

26  / /

27  / /

28

time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 27th day of May, 2022.

| CLARK HILL PLLC | ***No opposition*** |
|---|---|
| By: /s/Gia N. Marina<br>Gia N. Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant Equifax Information Services LLC* | /s/Gerardo Avalos<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 31, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this ___th day of May, 2022, via CM/ECF, upon all counsel of record:

> By: /s/ Gia N. Marina
> Gia N. Marina
> Nevada Bar No. 15276
> 3800 Howard Hughes Pkwy, Suite 500
> Las Vegas, NV 89169
> Tel: (702) 862-8300
> Fax: (702) 862-8400
> Email: gmarina@clarkhill.com

- 3 -