1  GIA N. MARINA
   Nevada Bar No. 15276
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: gmarina@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *National Consumer Telecom & Utilities*
6  *Exchange, Inc.*

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 JASON NAYA-ROMEU,                     ) Case No. 2:22-cv-00580-JCM-DJA
                                         )
11              Plaintiff,               )
                                         )
12 vs.                                   ) **JOINT MOTION FOR EXTENSION OF**
                                         ) **TIME FOR DEFENDANT NATIONAL**
13 EQUIFAX INFORMATION SERVICES, LLC;    ) **CONSUMER TELECOM & UTILITIES**
   NATIONAL CONSUMER TELECOM &           ) **EXCHANGE, INC. TO FILE ANSWER**
14 UTILITIES EXCHANGE, INC.; INNOVIS     )
   DATA SOLUTIONS, INC.; DIRECTV, LLC;   ) **SECOND REQUEST**
15 SYNCHRONY FINANCIAL dba               )
16 SYNCB/CARE CREDIT and                 )
   SYNCB/MATTRESS FIRM EVENT; and        )
17 SILVER STATE SCHOOLS CREDIT           )
   UNION.,                               )
18                                       )
                                         )
19              Defendants.              )
                                         )
20

21      Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has

22 requested an extension of time to answer, move or otherwise respond to the Complaint in this

23 matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY

24 STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or

25 otherwise respond to the Complaint in this action is extended from June 6, 2022 through and

26 including **July 6, 2022**. The request was made by NCTUE so that the parties may have additional

27 / /

28

time to engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 27th day of May, 2022.

| CLARK HILL PLLC | ***No opposition*** |
|---|---|
| By: /s/*Gia N. Marina*<br>Gia N, Marina<br>Nevada Bar No. 15276<br>3800 Howard Hughes Pkwy,<br>Suite 500<br>Las Vegas, NV 89169<br>Tel: (702) 862-8300<br>Fax: (702) 862-8400<br>Email: gmarina@clarkhill.com<br><br>*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | /s/*Gerardo Avalos*<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>Fax: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Ave., Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 385-5518<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 31, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 27th day of May, 2022, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com

- 3 -