Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com

George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jason Naya-Romeu*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jason Naya-Romeu, | Case No.: 2:22-cv-00580-JCM-DJA |
| Plaintiff, | **Stipulation for dismissal of Equifax Information Services LLC with prejudice** |
| v | |
| Equifax Information Services LLC, et al., | |
| Defendants | |

STIPULATION                                   1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jason Naya-Romeu and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 20, 2022.

**KIND LAW**

 /s/ Michael Kind
Michael Kind, Esq
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jason Naya-Romeu*

**CLARK HILL PLLC**

 /s/ Gia Marina
Gia Marina, Esq
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
*Counsel for Equifax Information Services LLC*

IT IS SO ORDERED

UNITES STATES DISTRICT JUDGE

DATED: October 24, 2022

STIPULATION                    2